An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

R VENTURES II, LLC, A NEVADA SERIES
LIMITED LIABILITY COMPANY OF THE
CONTAINER R VENTURES, LLC UNDER
NRS 816.296,
Appellant,
vs.
WELLS FARGO BANK, N.A., A
NATIONAL ASSOCIATION; AND U.S.
BANK, N.A., A NATIONAL ASSOCIATION,
Respondents.

No. 64879

**FILED**

APR 21 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This court previously issued a notice directing appellant to file and serve the transcript request form or a certificate that no transcripts were to be requested. That notice cautioned appellant that failure to comply with that notice by filing and serving this document could result in the imposition of sanctions, including the dismissal of this appeal. The time for complying with this court's notice has now expired and, to date, appellant has not filed the requested document. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Jerry A. Wiese, District Judge
      Cooper Coons Ltd.
      Wright, Finlay & Zak, LLP/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-12726